McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1: 06-CR-00024 AWI |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE HEARING |
| v. | ) ) | |
| JUAN MANUEL QUINTERO, | ) ) ) | |
| Defendant. | ) ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for March 13, 2006 at 9 a.m. be continued to April 03, 2006 at 9 a.m.

The parties stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 07, 2006      McGREGOR W. SCOTT
                           United States Attorney

                           By: /s/ Marianne A. Pansa
                           MARIANNE A. PANSA
                           Assistant U.S. Attorney

DATED: March 07, 2006       /s/ Marc C. Ament
                           MARC C. AMENT
                           Attorney for Juan Carlos Villa

ORDER

IT IS HEREBY ORDERED THAT the hearing date currently set for March 13, 2006 at 9 a.m. be continued to April 03, 2006 at 9 a.m.

IT IS SO ORDERED.

**Dated:   March 8, 2006**                                   **/s/ Anthony W. Ishii**
0m8i78                                                                     UNITED STATES DISTRICT JUDGE

2