DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MANUEL QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-0024 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE, AND ORDER THEREON |
| v. ) | |
| ) | Date: April 17, 2006 |
| JUAN MANUEL QUINTERO, ) | Time: 9:00 a.m. |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above-entitled matter now set for April 3, 2006 may be continued to **April 17, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further investigation and plea negotiations.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

Stipulation and Order

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: March 30, 2006 | By:   /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   |
|   | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: March 30, 2006 | By:   /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUAN MANUEL QUINTERO |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     March 31, 2006**          /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE